IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW RUBIANO,<br><br>  Defendant.<br>_____/ | No. CR 04-00198-1 JSW<br><br>**ORDER DENYING MOTION FOR NUNC PRO TUNC ORDER TO MODIFY THE JUDGMENT AND COMMITMENT** |

This matter comes before the Court upon consideration of Defendant Andrew Rubiano's motion to modify the judgment and commitment entered on May 27, 2005. Mr. Rubiano asks the Court modify the judgment to permit him to serve out a portion of his sentence at a halfway house in Maryland. On September 25, 2008, the Government filed its response. Mr. Rubiano did not file a reply within the time period allowed by the Court's Order. This matter is now ripe for submission.

Having considered the parties' papers, the record in this case, and relevant legal authority, for the reasons set forth herein, the Court DENIES Mr. Rubiano's motion.

First, to the extent Mr. Rubiano seeks relief pursuant to Federal Rule of Criminal Procedure 35(a), the motion is untimely.

Second, to the extent the Court could construe the matter as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, it has not been filed in the proper district and there is no showing that Mr. Rubiano has exhausted his administrative remedies or suggested that

exhaustion would be futile.[1] *See Hernandez v. Campbell*, 204 F.3d 861, 865 (9th Cir. 2000) (court of confinement has jurisdiction over petition brought pursuant to § 2241); *Fraley v. United States Bureau of Prisons*, 1 F.3d 924, 925 (9th Cir. 1993) (before a petitioner files suit under § 2241, he or she must exhaust administrative remedies).

Finally, the Court determines that it does not have the authority to order the Bureau of Prisons to designate Mr. Rubiano to a particular facility during a pre-release period. That is a matter left to the discretion of the Bureau. *See* 18 U.S.C. §§ 3621(b), 3624(c); *United States v. Laughlin*, 933 F.2d 786, 789-90 (9th Cir. 1991). The Court, however, recommends that the Bureau continue to work on a release plan that would allow Mr. Rubiano to be housed in a facility near his family in Maryland. The Court ORDERS the Government to serve a copy of this Order on the Bureau.

For the foregoing reasons, Mr. Rubiano's motion is denied. If Mr. Rubiano wishes to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, he should file such a petition in the district in which he is confined, and must demonstrate that he has exhausted all administrative remedies available to him or demonstrate that exhaustion would be futile.

**IT IS SO ORDERED.**

Dated: November 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] In his motion, Mr. Rubiano does not challenge the legality of his sentence. Thus, the Court has not construed it as a motion to vacate pursuant to 28 U.S.C. § 2255.

2

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

USA et al,

    Plaintiff,

v.

RUBIANO et al,

    Defendant.

Case Number: CR04-00198 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Rubiano
#94229-011
P.O. Box 7007 - Unit Navajo B
Mariana, FL 34227-7007

Dated: November 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk