# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew Rubiano     Docket No.: CR 04-0198-01 JSW

Name of Sentencing Judge: The Honorable Jeffrey S. White
United States District Judge

Date of Original Sentence: May 26, 2005

Original Offense:
Count 2: Interstate Travel with the Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b), a Class B felony

Original Sentence: 70 months custody, five year term of supervised release.
Special Conditions: Special assessment $100; drug/alcohol treatment; no alcohol; computer conditions: no computer with access to any on-line computer service; consent to examinations of computer equipment, including retrieval and copying of all data and consent to installation of hardware or software to monitor use; not possess or use any media materials relating to the instant offense; register as a sex offender pursuant to state law; search; no contact with minors; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

Type of Supervision: Supervised Release     Date Supervision Will Commence: June 9, 2009
Assistant U.S. Attorney: Kirstin Ault     Defense Counsel: David Fermino (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

> Upon release from custody, the defendant shall reside in a Residential Reentry Center for up to 120 days, as directed by the probation officer, and shall abide by the rules of the facility.

### Cause

At the time of the offense Mr. Rubiano was living in Nottingham, Maryland. In fact, Mr. Rubiano

NDC-SUPV-FORM 12B(1) 06/23/08

has lived in Maryland his entire life. Mr. Rubiano's case manager at FCI Marianna (where he is currently housed) has been attempting to located an approved release address for him in his native state, however, she had not had any success. In speaking with said case manager, she relayed that Mr. Rubiano has no family nor community ties in the Northern District of California, and unfortunately, without an approved release address in Maryland, he will be released here, to the district where he was sentenced. The undersigned officer wrote to the probation office in the District of Maryland and requested assistance in finding a solution to this problem. Because Mr. Rubiano's family is not able to house him, but does desire to have him return to Maryland, the probation office in Maryland agreed to assume supervision of his case upon release, contingent upon him signing a Waiver of Hearing agreeing to a modification of his conditions to include placement in a Residential Reentry Center for a period of up to one hundred and twenty days, during which time he will have the opportunity to locate work, save money, and eventually move into a residence of his own. Based on the above, it is respectfully requested that Your Honor modify Mr. Rubiano's conditions to include the aforementioned condition that he reside in a halfway house. Attached is a signed Waiver of Hearing.

Assistant Federal Public Defender Rita Bosworth (duty attorney) has been notified and there are no objections.

Respectfully submitted,

Jennifer J. James
U.S. Probation Officer Specialist

Reviewed by:

James Schloetter
Supervisory U.S. Probation Officer

Date Signed: January 9, 2009

THE COURT ORDERS:
- ☑ To modify the conditions of supervision as follows:
  Upon release from custody, the defendant shall reside in a Residential Reentry Center for up to 120 days, as directed by the probation officer, and shall abide by the rules of the facility.
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

JAN 1 2 2009

Date

Jeffrey S. White
United States District Judge

NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Andrew Rubiano
Docket No.: CR 04-0198-01 JSW

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Upon release from custody, the defendant shall reside in a Residential Reentry Center for up to 120 days, as directed by the probation officer, and shall abide by the rules of the facility.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at Marianna, FL

Signed: X _____    Date: Jan. 7, 2009
Probationer or Supervised Releasee

Witness: _____    Date: 1/7/09
Case Manager
FCI Marianna