# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Lisa Rosenthal, Chief Deputy

September 17, 2009

Richard W. Wieking, Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

      Re: Our Case No. 09-3323 WGC
         Your Case No. CR 04-0198-01 JSW
         United States of America vs. Andrew Rubiano

Dear Clerk:

Enclosed please find the following documents:

1. Rule 5 documents received from USDC Northern District of California
2. Criminal Memo - Initial Appearance
3. Order Appointing Federal Public Defender
4. Criminal Memo – Detention Hearing
5. Waiver of Rule 5(c)(3) Hearings
6. Order of Detention
7. Commitment to Another District
8. Order For Medical Evaluation
9. Certified copy of docket sheet

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3114.

Sincerely,

Zandra Frazier
Deputy Clerk

enc. Received on _____ by _____

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

CLOSED

## U.S. District Court
## District of Maryland (Greenbelt)
## CRIMINAL DOCKET FOR CASE #: 8:09-mj-03323-WGC-1
## Internal Use Only

Case title: USA v. Rubiano
Other court case number: CR 04-0198-01 JSW USDC - Northern District of California

Date Filed: 09/16/2009
Date Terminated: 09/17/2009

Assigned to: Magistrate Judge William Connelly

### Defendant (1)

**Andrew Rubiano**
*TERMINATED: 09/17/2009*

represented by **Michael T Citaramanis**
Office of the Federal Public Defender
6411 Ivy Ln Ste 710
Greenbelt , MD 20770
13013440600
Fax: 13013440019
Email: michael_citaramanis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

**Disposition**

### Highest Offense Level (Opening)
None

### Terminated Counts
None

**Disposition**

### Highest Offense Level (Terminated)
None

### Complaints
None

**Disposition**



**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2009 | 1 | Rule 5 documents received from the United States District Court for the Northern District of California as to Andrew Rubiano (FILED UNDER SEAL) (zf, Deputy Clerk) (Entered: 09/16/2009) |
| 09/16/2009 | 2 | Initial Appearance in Rule 5(c)(3) Proceedings as to Andrew Rubiano held on 9/16/2009 before Magistrate Judge William Connelly (Cubas 3B) (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/16/2009 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Andrew Rubiano. Signed by Magistrate Judge William Connelly on 9/16/09. (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/16/2009 | 5 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act as to Andrew Rubiano. Signed by Magistrate Judge William Connelly on 9/16/09. (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 3 | CJA 23 Financial Affidavit by Andrew Rubiano (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 6 | Detention Hearing as to Andrew Rubiano held on 9/17/2009 before Magistrate Judge William Connelly (Cubas 3B) (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 7 | WAIVER of Rule 5(c)(3) Hearing by Andrew Rubiano (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 8 | ORDER OF DETENTION as to Andrew Rubiano. Signed by Magistrate Judge William Connelly on 9/17/09. (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Rubiano. Defendant committed to the Northern District of California. Signed by Magistrate Judge William Connelly on 9/17/09. (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | 10 | ORDER for Medical Evaluation and Appropriate Treatment of Detainee as to Andrew Rubiano. Signed by Magistrate Judge William Connelly on 9/17/09. (zf, Deputy Clerk) (Entered: 09/17/2009) |
| 09/17/2009 | | (Court only) ***Case Terminated as to Andrew Rubiano, ***Terminated defendant Andrew Rubiano, pending deadlines, and motions. (zf, Deputy Clerk) (Entered: 09/17/2009) |

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 17 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA　　\*

vs.　　\*　　Case No.　09-3323 WC

Andrew Rubiano　　\*

\*

\*\*\*\*\*\*

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications:

EF EXTRA 3/75 mg. TABLETS PER DAY
TRAZADONE 15 mg. ONCE EVERY EVENING

and the Court having the following additional concerns: PRILOSEC — Stomach Ailments
Possible ligament damage to right arm
Asthma — needs inhaler

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

_____09/17/2009_____　　　　　　　　　　_____William Connelly_____
Date　　　　　　　　　　　　　　　　　　　William Connelly
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

U.S. District Court (Rev. 10/10/2002) Criminal Magistrate Forms: Miscellaneous 604



**SCANNED** UNITED STATES DISTRICT COURT
for the
District of Maryland

SEP 17 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 09-3323 WGC |
| | ) | |
| Andrew Rubiano | ) | Charging District's |
| *Defendant* | ) | Case No. CR 04-0198-01 JSW |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Northern   District of   California  .

The defendant may need an interpreter for this language:                              .

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   September 17, 2009                          *William Connelly*
                                                  *Judge's signature*

                          WILLIAM CONNELLY, UNITED STATES MAGISTRATE JUDGE
                                      *Printed name and title*



2 ecs to USMS
9/17/09

(9)

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED ___
___ LODGED ___ RECEIVED
SEP 17 2009
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES OF AMERICA

vs.   Case No. 09-3323 WGC

Andrew Rubiano

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☑ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☑ (2) The defendant is charged under: VIOLATION OF SUPERVISED RELEASE;

☐ (3) The maximum term of imprisonment, if convicted, is:

☑ (4) Based on the government's [proffer] [evidence] there is probable cause to believe that the defendant committed the offense(s) charged.  by written statements of USPO Tharpe

☐ The government is entitled to a presumption under § 3142 (e) [describe in Part II].

☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☑ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure [the defendant's presence at trial or as otherwise required] [community safety].

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

1) MR. RUBIANO SENTENCED ON 5/26/05 BY JUDGE LOUISE TO 70 MONTHS BOP CUSTODY AND 5 YEARS OF SUPERVISED RELEASE FOR INTERSTATE TRAVEL W/ INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT 18 U.S.C. 2423(b); 2) AS PART OF SUPERVISED RELEASE MR. RUBIANO PLACED IN A RESIDENTIAL REENTRY CENTER (RRC) FOR 120 DAYS ON 5/28/09; 3) MR. RUBIANO DISCHARGED UNSUCCESSFULLY FROM CENTER ON 8/17/09 FOR FAILURE

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

September 17, 2009                 William Connelly
Date                                WILLIAM CONNELLY
                                    UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 101



TO FOLLOW RULES AND REGULATIONS; 4) ON 8/14/09 MR. RUBIANO FOUND TO HAVE A CELLULAR PHONE W/ UNAUTHORIZED INTERNET ACCESS. THE PHONE CONTAINED EVIDENCE OF LINKS TO SEXUAL WEB SITES. 5) A READING OF THE PRESENTENCE INVESTIGATION REPORT DATED 4/12/05 REFLECTS A CRIMINAL HISTORY CATEGORY OF VI (15 TOTAL POINTS - NUMEROUS MISDEMEANOR CONVICTIONS), A SERIOUS ALCOHOL PROBLEM AND SIGNIFICANT MENTAL HEALTH ISSUES - CHRONIC DEPRESSION AND A DATED DIAGNOSIS OF A BIPOLAR DISORDER AND ONE SUICIDE ATTEMPT; 6) CURRENTLY STAYING W/ NIECE IN BALTIMORE AND ATTENDING TREATMENT SINCE DISCHARGE DATE ON 08/14/09 — A PERIOD OF FOUR WEEKS.

AO 466A (Rev. 01/09, MD 6/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

SCANNED

SEP 17 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 09-3323 WGC |
| | ) | |
| Andrew Rubiano | ) | Charging District's Case No. 04-0198-01 JSW |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: September 16, 2009

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael T. Citaramanis
*Printed name of defendant's attorney*

# MAGISTRATE JUDGE CRIMINAL MINUTES

**DATE:** September 17, 2009  **JUDGE:** William Connelly  **CTRM:** 3B

**TIME:** 1:00pm-1:25pm  **INTERPRETER:**

**AUSA:** Jonathan Su  **DFDT ATTORNEY:** Michael Citaramanis

**UNITED STATES OF AMERICA v.** Andrew Rubiano

**CASE NO.** 09-MJ-3323  **NO. OF COUNTS:**

**DFDT'S AGE:** _____  **YEAR OF BIRTH:** _____

- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Rule 5(c)(3) Hearing
- ☐ Sentencing
- ☐ Bail Review/Revocation Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☒ **Detention Hearing**
- ☐ Defendant Requested Speedy/Jury Trial
- ☐ Defendant to Retain Counsel
- ☐ Violation Notice
- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Preliminary Hearing: _____
- ☐ Preliminary Hearing WAIVED
- ☐ Waived reading of indictment

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____
- ☐ Defendant advised of rights to silence and counsel
- ☐ Defendant temporarily detained pending detention hearing on __/__/__ @
- ☐ Defendant detained by agreement
- ☒ **Defendant ordered detained after detention hearing**
- ☐ FPD / CJA appointed as counsel / Contribution Order
- ☒ **Waiver of Rule 5(c)(3) Hearings**
- ☒ **Commitment To Another District**
- ☐ Order Setting Conditions of Release w/conditions
- ☒ **Medical Order for Treatment of Detainee entered**
- ☐ Counsel advised to call or go to chambers for dates / given dates in court
- ☐ Case Unsealed

Remarks: **Government's Oral Motion for Detention –argued – "Granted" for reasons stated on the record in open court. Defendant remanded to the custody of the U.S. Marshals.**

_____ Days for Motions. Motions to be filed by _____
- ☐ Trial-Bench/Jury _____ day(s) / week(s). Trial week of _____
- ☒ Pre-trial/**Probation Officer** _____ Deborah Thorpe
- ☐ Come-Up to U.S. Marshal
- ☒ **Minute entries docketed.**  **Deputy Clerk: Jessica Cubas**

Magistrate Judge Criminal Minutes (Rev. 4/1/2008)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 16 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES OF AMERICA

\*

vs.

Case No. 09-3323 WGC

\*

Andrew Rubiano

\*

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for September 17, 2009 *(date)* at 12:30 pm *(time)* before William Connelly, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom 3B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

September 16, 2009
Date

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 103



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Andrew Rubiano

Case No. 09-3323 WGC

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 16th day of September, 2009, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE



U.S. District Court (4/2000) Criminal Magistrate Forms: Counsel 504

# MAGISTRATE JUDGE CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| **DATE:** | September 16, 2009 | **JUDGE:** | William Connelly  **CTRM:** 3B |
| **TIME:** | 3:35pm-3:45pm | **INTERPRETER:** | |
| **AUSA:** | Jonathan Su | **DFDT ATTORNEY:** | Michael Citaramanis |

**UNITED STATES OF AMERICA v.** Andrew Rubiano

**CASE NO.** 09-MJ-3323    **NO. OF COUNTS:**

**DFDT'S AGE:** _____    **YEAR OF BIRTH:** _____

- ☒ **Initial Appearance**
- ☐ Arraignment
- ☒ **Rule 5(c)(3) Hearing**
- ☐ Sentencing
- ☐ Bail Review/Revocation Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing
- ☐ Defendant Requested Speedy/Jury Trial

- ☐ Defendant to Retain Counsel
- ☐ Violation Notice
- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Preliminary Hearing: _____
- ☐ Preliminary Hearing WAIVED
- ☐ Waived reading of indictment/superseding Indictment

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

- ☒ **Defendant advised of rights to silence and counsel**
- ☒ **Defendant temporarily detained pending detention hearing on 09 / 17 / 09 @ 12:30pm**
- ☐ Defendant detained by agreement
- ☐ Defendant ordered detained after detention hearing
- ☒ **FPD / CJA appointed as counsel** / Contribution Order
- ☐ Waiver of Rule 5(c)(3) Hearings
- ☐ Commitment To Another District
- ☐ Order Setting Conditions of Release w/conditions
- ☐ Medical Order for Treatment of Detainee entered
- ☐ Counsel advised to call or go to chambers for dates / given dates in court
- ☐ Case Unsealed

Remarks _____

_____ Days for Motions. Motions to be filed by _____
- ☐ Trial-Bench/Jury _____ day(s) / week(s). Trial week of _____
- ☒ Pre-trial/**Probation Officer** _____ Deborah Thorpe
- ☐ Come-Up to U.S. Marshal
- ☒ **Minute entries docketed.**    **Deputy Clerk:** Jessica Cubas

Magistrate Judge Criminal Minutes (Rev. 4/1/2008)



# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**SEALED BY ORDER OF COURT**

**FILED SEP 02 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

### Petition for Arrest Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Andrew Rubiano | Docket No.: | CR 04-0198-01 JSW |
| Name of Sentencing Judge: | The Honorable Jeffrey S. White United States District Judge | | |
| Date of Original Sentence: | May 26, 2005 | | |

LODGED ___ RECEIVED
SEP 16 2009   04-3323 WGC
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                         DEPUTY

Original Offense:
Count 2: Interstate Travel with the Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b), a Class B felony

Original Sentence: 70 months custody, five year term of supervised release.
Special Conditions: Special assessment $100; drug/alcohol treatment; no alcohol; computer conditions: no computer with access to any on-line computer service; consent to examinations of computer equipment, including retrieval and copying of all data and consent to installation of hardware or software to monitor use; not possess or use any media materials relating to the instant offense; register as a sex offender pursuant to state law; search; no contact with minors; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

On January 12, 2009, Your Honor modified the offender's conditions to include the condition that he reside in a Residential Reentry Center (RRC) for a period of up to 120 days, as directed by the probation officer, and that he shall abide by the rules of the facility. Said modification was requested as he was not able to secure an approved residence in Maryland in advance of his anticipated release date.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 28, 2009
Assistant U.S. Attorney: Kirstin Ault            Defense Counsel: David Fermino (AFPD)

---

#### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Jennifer J. James, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best

NDC-SUPV-FORM 12C(2) 06/23/08

①

of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the newly added special condition of supervision, which states that he shall reside at the Residential Reentry Center as directed by the probation officer, and shall abide by the rules of the facility. |
| | Mr. Rubiano commenced residence at the RRC in Maryland on May 28, 2009. On June 24, 2009, he failed to attend the mandatory morning meeting, for which he received an incident report for having violated program rule number #309, "Failure to Attend Morning Meeting." Evidence of the alleged violation is available in a Montgomery County Pre-Release and Reentry Services (MPRC) adjustment report dated June 24, 2009. |
| Two | There is probable cause to believe that the offender violated the newly added special condition of supervision, which states that he shall reside at the Residential Reentry Center as directed by the probation officer, and shall abide by the rules of the facility. |
| | On July 30, 2009, MPRC staff conducted a "shakedown" of Mr. Rubiano's room, which resulted in the seizure of a bottle of mixed pills, some of which were identified as hydroxyzine - a medication he has a prescription for, but was not authorized to keep in his room. He received an incident report for having violated program rule number #233, "Misuse, Hoarding or Distribution of any Prescribed Medication." Evidence of the alleged violation is available in a MPRC adjustment report dated July 30, 2009. |

Three — There is probable cause to believe that the offender violated the newly added special condition of supervision, which states that he shall reside at the Residential Reentry Center as directed by the probation officer, and shall abide by the rules of the facility.

On August 6, 2009, Mr. Rubiano walked away from MPRC staff, stating, "Fuck him," rejected signing or receiving a copy of the adjustment form, and walked into the lounge area cursing loudly and making statements about how he "did not care what the PRC did to him," a violation of program rule number #201, "Disrespect Toward Another Person." Evidence of the alleged violation is available in a MPRC information incident report dated August 6, 2009.

Four — There is probable cause to believe that the offender violated special condition number two, which states that he shall not possess or use a computer which is connected to, or has means to be connected to a network without the prior approval of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

On August 14, 2009, MPRC staff searched Mr. Rubiano's book bag and located a cellular phone with Internet access, which, upon further examination, revealed clear links to sexually related web sites and conversations. Evidence of the alleged violation is available through the testimony of USPO Specialist Thorpe, District of Maryland, who reported to this writer that she specifically told Mr. Rubiano upon his release from custody that he could not possess a cellular phone that had Internet access. Further evidence is available through an admission form, signed by Mr. Rubiano on August 18, 2009.

Five — There is probable cause to believe that the offender violated the newly added special condition of supervision, which states that he shall reside at the Residential Reentry Center as directed by the probation officer, and shall abide by the rules of the facility.

Mr. Rubiano commenced residence at the RRC in Maryland on May 28, 2009. As a result of his failure to follow the rules and regulations of the MPRC (some of which is outlined in Charges One through Four above) he was unsuccessfully discharged from the program on August 17, 2009.

Based on the foregoing, there is probable cause to believe that Mr. Rubiano violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Jennifer J. James
U.S. Probation Officer
Date Signed: August 31, 2009

Approved as to form:

_____
James M. Schloetter
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ Other:

9/2/05
_____
Date

_____
Jeffrey S. White
United States District Judge

NDC-SUPV-FORM 12C(2) 05/23/05